UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANITA ADAMS,

                Plaintiff,

   v.

CITY OF SEATTLE,

                Defendant.

C22-1767 TSZ

MINUTE ORDER

       The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

       (1)    Pacific Legal Foundation's unopposed motion, docket no. 47, for leave to file a brief as amicus curiae, is GRANTED. Pacific Legal Foundation's brief, docket no. 47-1, will be considered filed as of March 21, 2024. The Clerk is DIRECTED to update the docket accordingly.

       (2)    Citizen Action Defense Fund's motion, docket no. 55, for leave to file a brief as amicus curiae, which appears to be unopposed, *see* Stipulation (docket no. 44), is GRANTED. Citizen Action Defense Fund's brief, docket no. 55-1, will be considered filed as of March 21, 2024. The Clerk is DIRECTED to update the docket accordingly.

       (3)    Lawyers' Committee for Civil Rights Under Law submitted a brief, docket no. 43, as amicus curiae without seeking leave of the Court. Given the parties' almost contemporaneous stipulation, docket no. 44, the Court will treat this brief as having been filed by agreement of the parties, and the brief will be considered along with those of the parties and other amici.

       (4)    The parties' reply briefs remain due on April 5, 2024, and their responses to amici briefs remain due on April 26, 2024. No further briefs relating to the pending cross-motions for summary judgment shall be filed by the parties or by amici unless requested by the Court.

MINUTE ORDER - 1

(5) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 26th day of March, 2024.

                                        Ravi Subramanian
                                        Clerk

                                        s/Laurie Cuaresma
                                        Deputy Clerk