UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANITA ADAMS,

                Plaintiff,

    v.

CITY OF SEATTLE,

                Defendant.

C22-1767 TSZ

MINUTE ORDER

       The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

       (1)    The deferred portion of defendant's first motion to seal, docket no. 26, is GRANTED in part and DENIED in part as follows. The unredacted version of defendant's motion for summary judgment and to exclude plaintiff's expert's opinions, docket no. 37, shall remain under seal, but the substantially less redacted version of such motion, docket no. 59-1, which was filed by plaintiff, shall be considered the official redacted version of defendant's motion.

       (2)    Defendant's second motion to seal, docket no. 48, is GRANTED in part and DENIED in part. As to Exhibit 1 to the Declaration of Roger Wynne, docket no. 53, the motion to seal is GRANTED, and such unredacted exhibit shall remain sealed. In light of plaintiff's response, docket no. 59, the motion to seal is otherwise denied, and the Clerk is DIRECTED to UNSEAL (i) defendant's response, docket no. 52, to plaintiff's cross-motion for summary judgment, and (ii) Exhibit 4 to the Declaration of Roger Wynne, docket no. 54.

       (3)    Defendant's third motion to seal, docket no. 62, is GRANTED. Exhibit 4 to the Declaration of Roger Wynne, docket no. 65, shall remain under seal.

MINUTE ORDER - 1

(4)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 21st day of June, 2024.

                                                    Ravi Subramanian  
                                                    Clerk

                                                    s/Laurie Cuaresma  
                                                    Deputy Clerk

MINUTE ORDER - 2